**K**

This is regards to In Re Susan Herbert NOT Austin V Herbert so it is not to be confused as such and returned to me as if it constitutes ex parte and as if it violates law or rule. It does not, as it is a separate action and as it can never be wholly removed from any other current action directly due to Linda Griffin's own actions. She created the massive conflict of interest with full knowing, with deliberation and upon her own will as she never had authority to hear Austin V Herbert as proven by In Re Susan. If this were not the case? In Re Susan would not have ever been docketed and then redocketed by US Supreme Court.

This is to inform Linda Griffin that you have been exactly named within In Re Susan Herbert, Supreme Court Case #08-6622 and that possible criminal charges may be pending as a result due to recent actions against the plaintiff, Susan Herbert, which violate the NY code and the law of the US and occurred upon October 24th, 2008 and took place inside the Rennselear County Courthouse in the form of an unconstitutional trial at which Linda Griffin presided:

I, Susan Herbert, petitioner and counsel, In Re Susan Herbert, request the US Supreme Court to consider the following as it occurred simultaneously to the federal court hearing this case as 'renaming' the case in order to enter other courts was an exact charge made within In Re Susan and is how and why petitioner Susan Herbert came to be within local district family court in NY as a party to an action named Austin V Herbert, that is, the same case known as In Re Susan Herbert docket #07-9804 *and* 08-6622, thus the petitioner then became the defendant and this was not only entered but heard. The plaintiffs in that action, the Austins, were granted standing and motions the US Supreme Court has denied them as did the solicitor general thus I argue the Supreme Court must now consider the following and do so as to avoid a third filing of In Re Susan Herbert:

1. Linda Griffin refused to consider motions already granted by US Supreme Court and denied hearing to a case already heard by US Supreme court although she admitted she had full knowledge of this action. This is not legal. Linda Griffin has no authority to over rule any action by the US Supreme court and especially may not decide what the US Supreme Court is in the process of deciding, as in this unique case, the US Supreme Court is reconsidering a previously decided case for the first time in US history. One may not ungrant what was granted or unhear what was and is being heard.

2. Linda Griffin refused to consider the plaintiff's answer, dismissing it as no good and not judicable in direct conflict with what the US Supreme Court *is* actually doing as they are considering each claim made in that answer. Linda Griffin then denied what is actual reality and what is happening, and, even if denied once again, what then was happening when she made this unconstitutional and now criminal ruling. To be clear, Griffin stated it was not legal to consider what US Supreme Court *is* considering.

3. When she did so, Linda Griffin then refused to consider that the only weight the NY court or she herself had to justify an unconstitutional award of custody of petitioner's children made to third parties, which is a found charge of child abuse, was then unfound by the NY State at fair hearing in early 2004. Griffin and NY state have never named any other thing and now refuse to consider the only thing they did name; it cannot be overlooked that the NY Appellate with exact words thus violating the Bill of Rights **did not** support Griffin's ruling as it **did not** name this as reason so that Griffin then has nothing to name as reason. Griffin was made aware this charge was unfounded and why. The Appellate went so far as to speculate, "even if [Susan] did meet extraordinary circumstances" casting doubt upon Griffin's ruling that extraordinary circumstances **did not** apply. They did and do.

4. The petitioner, Susan Herbert, named the smallest and largest change of circumstances thus including every other change of circumstance within her case; petitioner was forced to do this due to unfair and unjust advantage the opposing counsel and third parties possessed. Linda Griffin was served notice of this action and asked petitioner, Susan Herbert, to state this current action for the record. These third parties have also now been named exactly as parties in In Re Susan Herbert. Linda Griffin then ruled, in direct conflict with US Supreme Court, as US Supreme Court upheld change of circumstances in such a manner petitioner, Susan Herbert, was granted what no other litigant has ever been granted, immediate reconsideration of a case previously denied any remedy or relief, thus Griffin has then ruled that NO change of circumstances would ever suffice and so meet a standard not the law but only her personal unjust policy. This is an admission justice is nonexistent for Susan Herbert exactly. This is supported beyond doubt as the law was on petitioner's side from a time *before* she entered this NY court and also by the third parties original petition in this exact NY court,

later changed, that stated only a need for "health insurance" for the minor children which Susan Herbert had already provided. It is then an impossible standard for petitioner, Susan Herbert, to meet as she actually did twice over what this NY court deemed to be impossible so that she has proven she can meet or exceed anything, that is, make any changes NY named as reason – if they ever existed. They did not. *What's more extraordinary than being first in all of US history? Twice over?*

5. Petitioner, Susan Herbert, was held to the standards of a licensed attorney when this not legal.

6. Petitioner, Susan Herbert, was called before this NY court and her minor children were interviewed without her knowledge or the knowledge of the US Supreme Court, thus witnesses in a federal case were tampered with and intimidated. As this action was filed within petitioner's 25 day window to appeal to be re-heard, and as US Supreme Court then reset the clock to April of 2007 or October of 2007, or, according Griffin the most leeway March or April of 2008 by reconsidering In Re Susan Herbert, this then was also direct interference with a federal case and it was done with full knowledge of such as it is not possible, legally possible, to be heard or to have standing, in the lowest and highest court in this nation upon the exact same claim, as all attached In Re Susan Herbert and petitioner attached the actual petition to be reheard plus served this court and Linda Griffin specifically with notice of suit – the current action named exactly the same. Thus petitioner has become the first and only litigant to be heard in ALL US courts SIMULTANEOUSLY as all fall between. As previously mentioned she now possesses rulings that go against one another in direct conflict with all law – in every state and US law and in violation of all state and federal precedent.

7. As it was Linda Griffin herself who then became the cause of petitioner's Susan Herbert successful bid to be reconsidered, to have her exact same suit, along with an attachment of a claim of new injury due to this NY action, as Linda Griffin upheld the Supreme Court's prior finding, that Susan Herbert was and is, and remains, unique in all of US history, that she is an absolute class of one, "forever" injured as she is "forever pro se" then this is tantamount to admitting it is her person alone, her life, that this NY court, NY state itself, the third parties and

Linda Griffin discriminate against. It is admitting it is every fact of Susan Herbert, even her gender, so that only her death will then be a satisfactory change of circumstances. It is acknowledging the injury is ceaseless and unending. If this were not fact then petitioner would not then be an absolute class of one and not be within any court let alone twice over in US Supreme Court. The question must be asked, *Is this a felony criminal act against Susan Herbert's person as well as the persons of her minor children? Is it premeditated? Due to petitioner's unique legal status, "acting, legal President aka the living embodiment of the law" as proven by Chief Justice John Roberts making himself available to give testimony in her defense by placing <u>In Re Susan Herbert</u> upon the docket again thus answering her notice to appear, a copy of which was provided to this court, is this equivalent to an act of treason? Do these actions meet and even exceed the legal definition of treason?*

8. This then is, as it has become, a Bill of Attainder and so works a corruption of blood; injury never ceases and it causes injury to *all* of petitioner's biological descendents. It also causes injury to all other descendents – all future American citizens as petitioner was not guilty of any crime and as she used the law proactively, from October 26th, 1998, as she her own self entered the courts, thus she was innocent then and remains innocent today. Zero services were offered by the states and the only crime ever named was then found to be falsified by the NY fair hearing board along with US Supreme Court. This damage is incalculable and petitioner's children and their children may never be healed by any future award of remedy and relief; indeed we cannot even know if this can or will be addressed beyond petitioner's physical life.

9. NY State, Renneselaer County and Linda Griffin may not create the injury to the minor children where there was none and then refuse to address it. This sets a dangerous precedent as it then allows a family court judge to abuse and batter women and children with deliberation but suffer no consequences and while making relief impossible for the victims. This is yet a brand new federal question, courtesy of Griffin's latest actions, as some states have code allowing for this and preventing a victim from dissolving the judge via direct lawsuit. <u>No</u> <u>state</u> may curtail the right of dissolution as it then grants a titled position – family court judge – overly broad power.

> *10.* NY State may not hear a case if the Chief Judge of NY has been named as a party within a suit currently before US Supreme Court and/or has the Chief Justice. Both Judith S. Kaye and John Roberts are named.

The US Supreme Court should note that I predicted the above actions and so this proves a pattern, that is, this is not accident or coincidence but is guilt, and if denied any remedy and relief a second time I will then be forced to file a third time and also become the second US citizen to file within International Human Rights Court as all offices of government are now unchecked and will go unchecked until I am granted remedy and relief thus justice is nonexistent in the US for myself or any woman or any minor child; it has become an arbitrary decision of the courts and as my case demonstrates may even be a crime personal in nature thus it is obvious – justice is being bought and sold.

Susan Herbert was and is still humanly trafficked as she was once again made to cross state lines in pursuit of named, enumerated rights one of which she exactly stated to this NY court and to Linda Griffin and money traded hands thus justice was sold and it constitutes an illegal tax placed upon Herbert : Custody of her own person was up for sale as well as her minor children so that it is – *is* – human trafficking now court ordered and court condoned. **Linda Griffin has made this a crime personal in nature. It is ongoing and incessant; petitioner's children are being used as pawns and so are targets by Griffin and all third parties as this is equivalent to holding them (and her) hostage and is then demanding ransom in the form of paid for counsel and/or paid for enforcement of the law thus a paid for award in her favor only as it is purchased not as it is the only just thing to do according to law and precedent.** Petitioner's claim is that the Austins and Herberts are the traffickers; she now wishes the US Supreme Court to consider if Linda Griffin, Sanford Finkle and Leslie Ortiz, all named within In Re Susan Herbert both the current case and upon the first hearing, have *become* the traffickers.

Petitioner wishes to note that as the US Supreme Court has always upheld and enforced the law previously by obeying Executive Orders petitioner issued and which is a power she may exert according to our law and federal precedent, and the Supreme Court obeyed the law once again by answering her order naming Roberts exactly, directly as a cause, so that he did make himself available to give testimony in Susan Herbert's defense, that any filing In the International Court of Human Rights then makes the US Supreme Court, with John Roberts as an exactly named defendant, then become human traffickers and so

guilty of human trafficking. It also removes the seat of power from the US as the Office of President and Commander in Chief then rests within an international court and opens the door for any foreigner or foreign man willing to obey and enforce US law to lay claim to the Office thus striking down the requirement of "Natural born [ American ] citizen" to then become elected to this office. This court cannot now deny the truth of the Rennslear County NY court and the states as well as all named parties most especially Linda Griffin:

**Petitioner is hated only for *woman*, *genius* and *Susan Herbert* exactly, or,**

Being a natural born American citizen who used the law as a weapon in her defense as she acted to enforce it when no state would. She used the law as no man could or would thus she is hated for being of the ability to embody the law wholly, or to become what no other citizen was willing to become: An actual President and Commander. Susan Herbert was born without the human ability to fear the unethical and so she has been violated, tortured even, for not possessing the human ability to become unethical thus become one of the criminals and for refusing to believe she is a powerless victim.

I do not know how to stress this firmly enough: This NY action proves beyond any doubt all offices have been unchecked and remain so or else it never would have escalated to this degree. I never would have become a first, for better or worse.

Susan Herbert, petitioner and counsel,
In Re Susan Herbert 08-6622,
The acting, legal President and Commander in Chief.

This is a corrected copy of communication sent on November 4th, 2008. It is in regards to and concerns <u>In Re Susan Herbert</u> which is a current federal case and was so before and on October 24th, 2008 the date upon which Linda Griffin unconstitutionally heard <u>Austin V Herbert</u> thus it does not constitute ex parte or violate any rule, precedent or law.

1. The word "plaintiff" was used at least twice whereby "petitioner" is the correct term. Susan Herbert is the petitioner/plaintiff in <u>In Re Susan</u> but the defendant in <u>Austin V Herbert</u>.

2. Handwritten note at the end of attached letter reads "I can be as clever as I need to be as that is self defense plus: I always obeyed the law and I out rank you."

3. Petitioner wishes to add that Cate Austin perjured herself, then changed her perjured statement while in court upon petitioner Susan Herbert questioning her and that petitioner left statement as is. As Austin stated Herbert said "the whole world would know" but left out the preceding qualifiers as petitioner actually said 'The Supreme Court will release its decision on Monday' and 'You will find out on Monday when the rest of the world does' and 'you can wait one day [until Monday]'. Austin did not wait thus not giving Herbert any opportunity to act other than as she did. Maybe Herbert would have broken the law; we will now never know. This was meant to imply Herbert is an egomaniac although Herbert's statement is a statement of fact and as she actually is within US Supreme Court and has done twice over what was believed to be impossible while all Austin has done is kidnap two children and assault and batter said children and their mother for several years w/o fear of the consequence which is actual egomania and a crime and with Griffin knowing this since 2001. Griffin too then exhibits egomania. Neither is actual mentally ill only guilty. As Herbert did then make history of Earth shattering proportions, as it will eventually affect all of humanity even if it is after her death, is Austin then guilty or does she possess the gift of prophecy as she claims ignorance of Herbert's current federal case but yet she exactly predicted it? Or is it that Herbert is constantly ethical and law abiding and that the law was always and so is on her side from before October 26th, 1998 so that any action not strictly adhering to law both the words and spirit or directly violating it is then an action which empowers Herbert?

4. Petitioner wishes to add that all Griffin had to do was invalidate her previous or first ruling as unconstitutional; as Roberts made himself available to give testimony all she then had to do was phone him and ask him what exact reason to write upon the piece of paper so that the Austin's then had no reasoning or means to appeal such a decision. Griffin refused to do so as she personally seeks to injure Susan Herbert in such a way it is lethal. Or so petitioner believes all of the above is actual reality thus it is true, correct and factual; it was and it is.

5. Petitioner wishes to add that she did have a back injury when she filed her petition to appear via phone. For the first time in her life she could not lift her leg to walk w/o excruciating pain while she could pedal a bicycle. So severe was this injury

that she could not even travel to then have it x-rayed. Petitioner was anxious to have the action captioned <u>Austin V Herbert</u> heard asap. Today she knows: This was the universe or God's or providence's way of defending her as it is not coincidence this injury was real and never happened before or since, that then this action fell within a time period concurrent or simultaneous to petitioner's federal case being heard and when the court clerk phoned her he did not state the hearing regarding date of trial was in progress as he would not know he should have done so due to circumstances beyond his control and his lack of knowledge of Griffin's prior actions in the case known as <u>Austin V Herbert</u> which then propelled petitioner into US Supreme Court, thus this is yet another example of universal justice and is more evidence rising to proof of God existing and of God always and forever being on the side of the ethical no matter how long it takes to be adjudicated in a just manner and/or publicly. Petitioner wishes to note we "pray" to the courts and enter "prayers and petitions" to God for actual reasoning and that no clerk other than Jim Caruso, Griffin's own clerk when <u>Austin V Herbert</u> was first heard, would know Griffin's intentions towards Susan Herbert as fact as he told her what they might be and they then were realized. If any court clerk is upset or angry, personally offended by petitioner Susan Herbert's accusation that this court is a court which is endemically corrupted and now even guilty of criminal acts, then that clerk should then work in another field as <u>In Re Susan</u> proves this kind of corruption against women and against the ethical is endemic upon a national level as it rose even into the office of the Executive in the person of Bill Clinton, then with <u>Bush V Gore</u> as one of the effects was the appointment of a Chief Justice so that the Executive then unchecked himself thus justice is no longer existent or is a matter of arbitrary personal policy and/or money then entered and settled within the US Supreme Court. It, discrimination against women and so injustice, as it is based upon what is not reality and no actual constitutional reasoning or just cause is there today and <u>In Re Susan</u> seeks to extinguish this endemic corruption thus driving it out of our institutions. If this were not the case? <u>In Re Susan</u> never would have been heard the first time. Therefore offering any litigant this particular personal opinion – "Judge Griffin wants to treat you justly and does not mean to do anything wrong" is then lying and is then a violation of Article 4 Section 4 of the United States Constitution; it is a crime if a clerk continues to do this as he or she now knows the facts as emotionally painful and as unbelievable as they seem. Petitioner has made this claim many, many times in federal court: "Discrimination is real thus appearances are deceiving as **actions** define you and so life, not death, is proof." That exact statement of fact is a part of Petitioner's actual federal caption and appears upon the first page of her federal lawsuit 08-6622. A clerk should reason who acted to do what to whom not what appears to be truth as it is not and where and why are petitioner's children with third parties one of whom was not related to her, not even legally, at the time of filing and filed in PA when he was and remains an absolute stranger to her in order to then avoid adjudication in NY, specifically Albany County, and why or how this case came to then be denied hearing in NY, Albany County, in July 1999, as the Austin's wished as jurisdiction was thrown to PA but it then came to be heard in NY, Rennselaer County, in 2001, when the

Austin's were attempting to run from PA as they were in violation of a PA court order and as petitioner's children never left NY and so PA never, ever should have had jurisdiction as this was a kidnapping committed by abusive and violent family members but only did as the Austin's perjured themselves in Albany County and as Linda Griffin sought to then aid and abet this kidnapping for personal reasons. These actions prove me to be truthful and correct not Griffin, as these actions prove her guilt as she did more of the same on October 24th, 2008. Children are not accidentally kidnapped and moved across state lines as they were in PA once for a short time in November of 1998 but then taken into NY w/o the order of a court in December of 1998 and/or May of 1999 according to the Austin's own testimony in this court to Linda Griffin's face and no judge accidentally violates the Declaration and Constitution and NY code over and over. According to the Austin's own testimony in 2001, 2002, and 2003, a matter of the record of this court and NY state, they then lied to Albany County in 1999 and Philadelphia County in 1998 in order to then commit this kidnapping. Like Griffin can read, she can hear and she can count. She has the human ability but she lacks the will or the ethic to do so. Thus, stating Griffin means to uphold and enforce the law on my and my children's behalf is a lie, which rises to a crime.

6. Petitioner wishes to add that no court clerk should be expressing his or her belief that Griffin is not committing acts of crime against her person and does not possess ill intentions towards her or her children as the proof is two federal cases making Herbert a first in history and according her standing no other litigant has ever been granted in which the US Supreme Court has disagreed with such an opinion. By according her what no other litigant has ever been accorded US Supreme Court is upholding petitioner's claims as fact and true as this court deals only in fact and truth. It is according Susan Herbert a level of respect not accorded other persons even if it is then making her quest for justice more difficult not less so. This may be as the US supreme Court of all constitutions and institutions realizes Susan Herbert is a person able to overcome any manmade obstacle and such incredibly, astronomically high odds against her as to be numbers so large they are incomprehensible. That is, of all litigants ever Susan Herbert is unbelievable thus is actually extraordinary. Susan Herbert the person as she is her case constitutes an act of God.

Susan Herbert
<u>In Re Susan Herbert</u>, #08-6622
United States Supreme Court