We are always voting by choosing; even with God we vote although God has the ultimate veto. All of this is informed consent and is choice; it is unconditional. US law is elegant in the same manner if it is justly applied to women. Our US vote? It is to be a matter of informed consent and not forced upon us; it is to be unconditional. This is why ignorance is not an excuse with God or the court and why we petition and pray to God and the US court. The universe actually is a matter of law and is just.



God
- Holy Spirit — Son
- Female — Male
- Id — Ego
- Will — Liberty
- Moral Authority — Legal Power
- Government — Law

The nature of God is male and female; Humans are distinct biologically but equal as all men and women are created with an equal amount of energy. Each person then becomes unique as each person is an aspect of God incarnate on Earth. In order to realize this your Ego must die so that Ego is then equivalent to your Id. This happens when you act ethically as a co-creator thus you access the sacred.

The vote is both male and female in nature as it is equivalent to executive order so it embodies both President and Commander. While you might be tempted to think the Commander is male it is not as only women give birth thus it is female as women realize the living government - baby constitutions. A US commander realizes a living government where there are deed institutions. We legislated our ethic - God and equal creation - but then made it separate from our beliefs -religion, etc. - so that each citizen is unique. A vote is the office of President and Commander and makes us each an equivalent co-creator. The vote can be realized as a sacred experience.



Vote
- Commander — President
- Female Power — Male Power
- Id — Ego
- Will — Liberty
- Moral Authority — Legal Power
- Government — Law

As we are constitutions and institutions aka energy and matterboth are to be united in one person. A man has to learn to embody or be what the distinct feamle power is and a woman has to learn to embody or be what the distinct male power is. You have to make one full revolution as each thus you travel 720 degrees not 360. the completion of 720 degrees you are unified as a human being or a golden self. You must Preside and Command. Thus liberty is experienced as sacred; it is the ultimate liberation.

*God is also the Edge of David in our law.*



Mother      Father

Act of Sex/Creation

Father is primarily responsible for emotional safety; he is presiding.

Mother is responsible for physical safety while pregnant; she is the commander.

Birth

After birth mother is primarily responsible for emotional safety

Father primarily responsible for physical safety.

Age 18
Vote

Age 35
President & Commander

Child is then whole; a double helix and so has the ability to raise another double helix, another whole citizen. Hopefully, if you raise a double helix he or she will meet and marry another double helix. That's the ideal; that is a President and Commander and guarantees our right of safety as a society. This is why is is a right of women and children but a privilege of men as liberty is realized as physical strength in men. Men must create physical safety. Women create emotional safety.

The Church of Susan is a thinly disguised version of our law as the debate is religion versus God versus law. People do not believe that all law begins as a personal or group philosophy and then becomes law and that only some law is actual law of this universe while other is belief. A belief might be a law; mostly it is not as it does not apply to the whole group – every individual person. I was asked, "Would God create a weight he could not lift?" in order to prove that only one religion is 'correct' or is law. When reasoning this question it became very clear that a person could sound as if he or she were the God by merely wording noun-verb subject agreements differently. I have noticed this too in the bible and in other sacred writings…most notably "I am of my father as you are of yours" meaning we all have the same fathers but twisted to sound as if only Jesus has a heavenly father. So I decided to write out US law as a church, name it after myself and see if that church then got more hits than your actual vote, also on Ebay. Church has won out over your vote. A vote is nothing more than your personal philosophy of government and law, exactly what a church is. All Joseph Smith of Mormon fame did was write out our government as a religion and add a few things like gold tablets to make it legit. I include this as I expect some persons to say that I am '*crazy*' or that I have a '*savior complex*' as I am proposing I am the God. No, but I have proven that any person can start a church saying anything and that the citizens would not know US law or their vote if it came up to them and introduced itself. My personal belief system is US law; it is not my fault if you do not recognize it, as you're no longer American.

*Patriotism* is unconditional love for self and others; you cannot be it as you have to feel it. Then, you are it. It is not flag waving or war mongering; it is not obeying unjust law or acting senselessly or failing to act. It is: $E=MC^2$ or $E=(G+L)(W+Lb)^2$. Proof of elegance? The Church of Susan is then CoS or cosign, appropriate for the equal rights case and might be Cos as in cause. So even when disguised as a church US law is elegant. When I wrote this out I laughed as I never saw CoS coming, lol. I did a double take and then said, "Very funny God."

My argument is not religious. I also "sold" my reasoning for Bush V Gore + my statement of case thus securing informed consent to sue to uphold + enforce the governing documents.

The Church of Susan (CoS) is a body of belief which seeks to prove definitively that the very things man values become his prisons, the authorities he trusts with his life become his jailers and the pieces of paper he believes in but does not then live out as real, the words he hears and parrots back with zero understanding and so are supported by nothing – not even his own feelings - will be the death of him; that fingerprints, photographs and words prove nothing. – Not even life.

This church knows as fact one thing: The only real, actual proof any person ever comes to have in life is life itself beginning with his or her very own life and as each life is unique, no other person may ever come to share what you own as absolute proof.

As life is proof it is between you and God first and last then perhaps others. An actual leap of faith is not blind; a leap of faith is taken when a person owns the knowledge all of the consequences both good and bad and may have no other example and so must leap –act - without any visible proof but what he or she brings to that moment. That person knows the risks – one of which may be death either physical or metaphysical - and has no guarantees of anything; beyond that leap is only what he or she has never known and no other human may have gone here before. It matters not if he or she is first or if he or she is last but never came to know any others like their person as what this person is doing is conquering the fear of the unknown that holds all humans hostage and that most never come to escape. This person is conquering ignorance as they are willing to acquire knowledge and knowledge is actual power. This person then acts upon their personal faith in their own abilities and capabilities as their true belief is that God is actual reality and God created them as perfect, in God's image and with a specific plan, and sent then here with everything they are ever going to need already.

God would not set them up to fail whereas other men would and as they refuse to give up on their own person – ever - nothing is impossible; the truly impossible is a detail known only to God. This person is fearless.

This church asks one question: As God is unknowable venturing into the unknown brings you to God. Why would any man allow fear to keep him from God? Why would any man refuse to take a leap of faith? Are you a God fearing person or a God loving person? The question is: <u>Did man or God create fear and why?</u>

This church makes one promise: If you are able to conquer fear and thus take an actual, true leap of faith you will hear the personal name of God; you will hear the exact unique gift God placed within your person, you will know the unique name God calls you by and which you are known to by God and you will actually feel the hand – the exact hand – of God upon you as God tells you this secret. It is a secret only as it is unique to you; while you may share your living testimony regarding the details no two people's experience will be the same or else it would not be personal and unique to you. *We are each a masterpiece of God and so a master in the making.*

**This church has one goal: To liberate every human being on Earth from all suffering created by men.**

This church places no value in material goods and no value in paper or electronic dollars; it places no value in anything other than other human beings and then all of nature as the creation of God is beyond any Earthly thing or price. A stone, a tree, a drop of water, a star or an emotion will teach us more than all the libraries in all the world combined. Who cannot say that they have looked to the sky and wondered: Where did I come from? Who cannot say that they have looked at a stone and wondered: Is this stone alive like I am? Who cannot say that they have felt God and yet they could not see God and wondered: Is God inside of me? The things that man creates are nothing like the things that God creates; man merely manipulates what God has wrought. As we yet live in a linear plane of existence and within the material world of patriarchy, this church understands that material goods and money may exchange hands especially with those who do not believe and have no faith or only blind faith, but that no person is ever to trade material things

or money upon their life or another's life and is never to charge a price for knowledge about God and this includes knowledge regarding medicine and science or any knowledge that you know to be wisdom and so a gift to us by God.

This church believes that all human beings were created equally by God and so were duly processed by God. This church then relies upon the honor bond when other members are in need. An honor bound contract is a contract between you, another person and God; it is a sacred duty. It makes all human beings interdependent. First they must rely on their own person and God and then upon others also relying upon God. Anything exchanged in an honor bound contract is then a gift as the only term of this contract is: Unconditional love. Thus, there are ZERO conditions. If you give anything to another human being in need it is then gone, and you may never, ever receive any reward or repayment whatsoever so that you give of your own will and liberty without expecting anything in return. As a human is a co-creator with God – equivalent but not exactly equal to God – this kind of contract then makes two or more human beings who are gathered in the name of will and liberty EQUAL to God as they are engaging in unconditional love. To place conditions upon any person with whom you are engaged in an honor bound contract or to default upon an honor bound contract is to then violate God. This kind of contract was first entered into by humans in Eden. It is the oldest recorded contract on Earth and was offered by God directly to Adam and Eve. When Adam and Eve accepted the terms of this contract this then made all human beings the Ark of the Covenant, as this contract was not placed in writing until God gave each of the four races their set of sacred stone tablets. This contract is to be written across your heart firstly and lastly and not upon a piece of paper or set in stone. If it is, that outside thing is merely a reminder. If you write an honor bound contract across your heart first before entering into it with another then you have no need for the paper or stone as you made your choice: you chose the terms God gave us in Eden. How can any man reach into your heart and take something from you unless you allow it? How can anyone steal from you? How can you put a price on love? Or justice? As you are an ark, you must strive to never, ever to default and so you must not enter into to this contract lightly. It is a private/public/private trust issue. This church is only as elegant as its individual arks. You are an ark that then becomes The Ark.

This church has no hierarchy. There is none but God; chain of command begins and ends with God. This church does not allow for the easy way out nor does it require suffering. There may come a time in your life when no human help is available to you; all you will have then is God. No Earthly person can or will come to your assistance. This is the very nature of this church, as this is faith. This church does not believe in needless, senseless suffering but recognizes that at times due to things we do not control ourselves, we may suffer. This church believes in all suffering then there is birth for that is hope. With God there is always, always hope.

This church has no buildings, no books and no list of rules; we have no rituals. We wear no uniforms, have no secret symbols nor do we seek to keep anyone from knowing anything about us or God. We operate in the open. Any and all members as individuals or individual groups may have signs, symbols and all manner of institutions; they are never to be formalized or made permanent and never to be secret. **They are not meant to be exclusionary but inclusionary.** We have a very strict need to know policy: If you need to know something then ask. One of us will answer you or go reason the answer and get back to you as soon as we own the knowledge. We consider the sacred texts of the seven sacred experiences of God to be our own as well as borrow their sacred rites as *practiced according to their founding prophets*. A prophet is the person or group of persons who actually came to know on a first hand basis these teachings. A sacred text is the original or earliest surviving copy of that sacred experience's prophet. Thus, in the case of the sacred experience known The Kundalini, we rely on the sacred text, as we do not know the names as this has been lost to us but is buried within in our collective memory. These are the seven sacred experiences of Earth:

1. Indigenous Belief, The Sundance
2. Hinduism or The Kundalini

3. Judaism or The Rhua
4. Buddhism or Nirvana
5. Christianity or The Holy Spirit
6. Islam or The Vote
7. Philadelphia or Brotherly Love, Ultimate Liberty

This church believes that all human beings together are the collective memory of God and are then the collective heartbeat of God. Whenever any human being has any sacred experience of God, it is as if God's own heart beats. It is humans alone who aspire, inspire and conspire; born of God humans then conspire with the universe. Infinity is now; all events and all probabilities have already been played out by God. Every consequence both positive and negative is known to God and so we choose how easy or how difficult our journey is for us and for others. We are the cause; all of creation is the effect. There are only two possible outcomes: The Big Bang or The Big Crunch. Our names are already written beside one of these outcomes; what is written in this universe is not necessarily written in the next. It is foolish to think that you cannot change your fate; that is a detail known only to God. Lucifer himself came from God; it might be Lucifer's fate to suffer the Big Crunch this time, but is it in the next? As all things are born and all things die, even universes, might Lucifer's name be Gary or Jane in the next? Infinity then means infinite possibilities. You have ZERO excuse for giving up on yourself, on another or for acting unethically in any way. *All knowledge is already known to us; it is within us and so, as we inspire others and cause God's heart to beat it is like blood flowing to our brains; we remember or reclaim what we thought was lost to us forever or would forever remain unknown to us. But, as much as we know there will forever be a missing link, an unknown thing, between us and God as that as how the Creator keeps us motivated and interested in him thus in ourselves and each other.*

This church does not encourage subscription to so-called New Age belief or value systems. While many of these thoughts, feelings, ideas and beliefs are true and others merely truthful, and while most people practicing them are honest and ethical, we call them "New" as they have not stood the test of time. We have little or no results from this experiment. We have no proof of life. This church would choose thousands of years of proof of life – even 200 if it brings forth actual proof of life - over 30 years of New based upon no sacred texts, no recognized prophet and/or no evidence rising to proof beyond doubt. Evolution occurs to a point; all things evolve and then can evolve no more. The thing must change – its form must be different – or else it will stagnate. As humans, do we change according to God's plan or do we toss God's instructions to us and for us in the trash? This church recognizes anything of or from God is elegant. As everything old is new again this church never throws the baby out with the bathwater. Some 'churches' might steal candy from a baby; this church leaves candy, takes baby.

This church has no sins save one: It is a sin to deliberately; knowingly and willingly harm another human being in any way. You may not harm another nor may you turn away when another is being harmed. <u>You must act in some way</u>. As human beings are energy and so need energy, one of the severest forms this sin is realized as is starvation. A human being needs two forms of food or he or she will die: Actual food and actual unconditional love. A human may go without all else, even medicine, clothing and shelter, but not these two things.

There is only one rule that is an actual law of this universe: The Golden Rule, which is why it is called golden. I have no idea why it is yet called a rule and has not been made law so: That is the law of this church.

This church holds services whenever and wherever two or more humans are gathered together in the name of will and liberty. To join this church all one has to do is make a well-reasoned decision to join this church. Then act upon it. You might email me or you might give yourself a break. You might send a case of Plumpi-Nut to a starving nation. It is your decision; you own all of its effects.

As all bodies of belief need an Earthly authority until the members learn how to do it for themselves, I will be that person as I have had all seven sacred experiences of God. As I have

absolute and complete confidence in your abilities and capabilities, and I am certain you possess hope and desire to know yourself and God or you would not then be reading this, I intend to make myself moot at some future point. It is my plan to be completely unnecessary in this plane of existence in this universe. I fully intend to make yet another leap of faith when I discover what comes after the seventh seal, as I know what came before. Based upon past experience I will be laughing, as God will be telling me a really good joke.

The Declaration of Interdependence, Our Creed

I believe in God, the Parent Almighty,
   the Creator of heaven and earth,
   and all in this universe;

Who was conceived of and in the unknowable,
   born of the inifinite,
   suffers under the crimes we commit against its children,
   was crucified, died, and was buried in our head, Ego.

We descended into hell.

The third day of July God arose again from the dead.

God ascended into the heart
   and now sits in the right side the soul, a brain,
   whence Id shall come to judge the living and the dead.

I believe in the Godhead, the universal church,
   the communion of saints,
   the forgiveness of sins,
   the resurrection of the body,
   and life everlasting.

A Human.

I sold the missing stone tablets of the white man on Ebay too. This is a copy of the Ebay text, which I was forced to revise as I realized I had two actual, physical stones one of which may be the actual missing piece of tablet:

God gave each race a set of sacred stone tablets. The Hopi have the set of the red man; it is said the Tibetans have the set given to the yellow man and that the black man's set are in or near the Kukuyu tribe in Africa. The Hopi have said that the white man's set of tablets is held by the Swiss due to some sort of masks they have as the Hopi have a blue masked Kachina. That is a mistake; the Swiss do not have the white man's tablets – I do. I laugh every time they play the clip from "National Treasure" on XM radio when Nicholas Cage announces "Somebody's going to steal the Declaration of Independence" as I think, "Too late. I took it and then put it back before you even got out of bed."

The Hopi made a mistake as the Swiss actually guard the Pope. We were all Catholic before we were reformed Christian and before that we were all Jews – at least if you lived in that part of the world. Jew is a religion that is also a nationality like the Vatican City as both Israel and the Vatican City are independent nations. Jew is considered white and you are a Jew by choice today, usually if your mother is Jewish you then choose when you're around 12. I might be born in Isreal; I'd be an Israelite but not a Jew. *Babies aren't born in the Vatican City, lol.* The sacred stone tablets of the white men were given to Moses on Mt.Sinai. They then made the journey across the world and landed here, in the US, on the wall of the Smithsonian.

When God told us to go in the four directions Moses took the stone tablets of the white people – out of Africa where we were all born as Egypt is thought to be in the Middle East but it is not. If you look at a map it is in Africa. First they were Mohammed's early constitution that crossed the Middle East back down into Africa and then up into Spain when the Moors invaded. From there they spread over Europe in the form of Islam. Then they became Britain's Magna Carta that led to the Reformation and the Age of Enlightenment. The Reformation was the catalyst for the Puritans to cross the Atlantic and bring them to North America as the Mayflower Compact. Traversing the Atlantic they met up with the red man they parted with so long ago as first they encountered the Iroquois Confederacy and later with the Louisianan Purchase and the advent of Western expansion finally reunited with the actual sacred stone tablets of the red man still in the possession of the Hopi. They made other stops but these were the main ones along the way and it was only possible for all of the races to be made whole again within US law as we exactly named the Creator thus we included every single human who ever lived as the US was the product of all who came before and the culmination of that journey undertaken in Africa by our ancient ancestors.

The founders merely pulled ideas from great governments all over the planet as they had the entire historical record of what worked and what did not and some great governments were religions so our law is based upon universal spiritual truths, as we recognized that the mistake all others had made was to give their power and authority away to lesser gods and other individuals and so we legislated personal beliefs and mores apart and separate

from one Creator aka equal protection thus actual law as personal belief is not always law. Some are but most are not. The founders also had something unique at their disposal: That Iroquois Confederacy unknown to other continents as Eastern North America remained isolated until the 17th century. The Creator gave the Iroquois their Constitution for being the only people to complete their journey all the way north and down again. If you check the science you'll find that the Sioux are related to the Chinese and most likely came across the Pacific from Polynesia and are not the same as the Iroquois who came across the Bering Land Bridge. The founders had the Iroquois, the oldest participatory constitutional nation in existence, and relied on it as well as all of the other great governments we experimented with in the history of Earth.

Stone turns to dust and ink fades; paper crumbles. Part of a Native legend says that sacred knowledge will be found in an ironwood log – yes, a human being as all of history – birth and war - is written in iron gall ink or human blood as paper is not proof – life is proof and your life is your service record. Our founders knew this and warned us over and over as past great governments fell as people forgot who and what they were thus gave away their rights. They set the example by disobeying so-called British 'law' and by shooting. Then they legislated guns. They gave us a law that says: You may disobey this law and if necessary, shoot. They said: Never give your power and authority away to anyone or anything as it is of God and so no man is above you.

Doing exactly what Patrick Henry said to do I came across the Hopi sacred tablets. I had no idea they existed even though I lived with Native Americans in Bismarck and Mandan. I thought, *I know what they mean; I know who the true white brother is.* Then I read all kinds of stuff about them like 'the Swiss have the white man's set'. The Swiss? They pretend to be neutral but they aren't. Besides, God is not neutral when it comes to liars, fakers and pretenders. I read that 'they cannot be translated'…yes, they can. That the 'ironwood log is a wooden log' not a service record or life…iron gall ink? Wasn't there even a Chief named Gall? It's all physical and metaphysical. The missing piece is an actual piece that will be found and then the true white brother will be reunited with the red and the two sets of sacred stone tablets held up side by side. I was stunned; I thought, *This is about me; I was written in the stars.*

I have the missing piece, both an actual piece and then one that is not an actual physical piece like Many Heart said it was not…and who said a "true white brother" is going to look like a man as the universal search for truth is symbolized by the Grail, and transubstantiation is only men pretending they can give birth to other humans? Wasn't the message of Jesus and Buffalo Calf woman *appearances are deceiving*? Who told you men get it all, even uniformity, or that only men are of God? If that were fact then God would not exist nor would this universe, as an all male or male only universe means no baby constitutions. An all male universe dissolves at some future point, as does an all male government. The reason all major world religions were founded by men is that men cannot access the sacred – aspiration enlightenment – via birth. Men need religion to do what a woman can do naturally baby or no baby as it is in her very nature as the urge to push experienced when conditions are perfect is actual aspiration enlightenment.

The blue masked Kachina of the Hopi removes his mask to symbolize that all of us have God inside of us; that humanity makes the whole of God. Blue is the universal symbolic color for God. You're looking at the mask and seeing only that outside appearance not the whole person part of which is inside and so invisible to the naked eye or you want to believe a lie you were taught so you do as the truth makes you feel uncomfortable. See, ask the court to decide two things – the FL vote and then the Presidential election in two different decisions and you get the public to believe the lie – the bad math – but never examine the issue: Self-government and law, actual power, born of God not the Supreme Court. Nobody stops to think: They're two separate issues...or are they? How can one be 7 –2 as 1 and one be 5-4 as *9 as 1*? Nobody thinks: Is patriarchy, as it has played itself out and so passed completion, making us dumber? Is there something biological going on as in left brained thinking versus right brained thinking...are we now shutting down even our left brains as we violate the law and so follow and obey personal beliefs and lies instead of actual law?

"This is a Christian nation" is a lie just as <u>Bush V Gore</u> is and just as nuclear weapons are; saying that we are a Christian nation is negating almost all of humanity and installing mistaken, corrupted and/or false beliefs as law. Lies do harm us and they do kill us. They make us dumb. If Thomas Jefferson owned a copy of the Koran don't you think he read it? That he had ideas upon reading it? That maybe the founders went to Christian churches as there were not that many churches to choose from then? Why did Washington refuse to receive communion? Did they all go to church or only after they married? Didn't the founders meet with Natives? I began with the lie "This is a Christian nation" as I witnessed a genocide being born right here in the US and saw Jews cheering for their own subjugation...I witnessed a person acting upon the mistaken belief he was the President (See *In Re Susan H*) point them out and the crowd go insane with emotion totally out of whack with actual reality. They were cheering for their own deaths. I felt hate and so I took off as only one thing had to happen and then it becomes violence. I learned via insight born of life experience: *This is how a Hitler comes to power and nobody stops him; this is how genocide is born.*

Anyway, I cannot believe all of you are okay with these types of lies and I cannot believe all of you are okay with this happening to our nation. You, your own self, can read the Native American creation and salvation histories, European history and American history as well as study the science and follow the clues yourself across the planet. You, your own self, can find the double helix of DNA reflected within our law, specifically the office of President and Commander and the right of safety. You can discern that there is a never-ending chain of command; you may not like it but it's there. None of it was accident or coincidence...did the founders know of the chemical composition of DNA or that electrons spin 720 degrees not 360? Washington named 'unborn millions' not me or you exactly...how could he know there'd a be daughter named Herbert who legally is the President albeit unrecognized and a man named Herbert Walker Bush Jr. acting as if without the authority of the law or the math? Washington could not plot this or mastermind the Hopi stone tablets.

America is ground zero. The 12 tribes? We reunited here as we let everybody in. The Turtle (Turtle Island or so the Hopi call the US) actually does carry creation on her back. I stole the Declaration and Constitution right out from under your noses; I did not expect to find the missing tablets and/or missing stone piece as I did not know they were missing but thought the Hopi might like them back as the white man does not seem to want them anymore.

You know what they say: Your Iroquois black African serpent is my Spanish Moor!

You know what else they say? The Iroquois black serpent plucks a hair from the red serpent and the woman is set upon Iraq, as your "a rock" is my destiny and snakes do not have hair let alone red hair but I do and as I know art history is red communist Chinese dragons used to be depicted as *serpentine* not fat, puffy and dinosaur like.

From In Re Susan 07-9804:

**Other *reasoning* to hear this petition:**

Americans have not only lost their way they have no national identity. This may repeat many things I have already stated but it is my most important reasoning and says it best.

Americans do not see themselves as Americans and most have never felt as if they are American. My evidence? This is proof you will know as fact without meeting me: Any American who places any label other than *person or American* upon themselves first is then stating they are less than human as those words - American, person and human - are equivalent. Americans still cling to this idea we are African American, Irish American, gay American or Italian American. We still believe ourselves and others to be only *black*, only *women* or only *Mexican*. We believe it so deeply we act upon it. No matter what citizens state is their true belief it is their actions that belie their words. While all those things shaped who we are and shaped what we believe as truth and real, we are not those things. If you cut a person open you do not see any of those things except for **woman.** You see male or female and that is because we are both as every cell is the product of an egg and sperm and so we are human. We are distinct powers and birth, the ability to give it, levels the playing field for women as it itself is an actual power equivalent to physical strength. Those distinct powers come from the union of an egg, a sperm *and* intrinsic force. All people then are born whole yet distinct and then become absolute or unique.

Women cannot feel what they have never experienced as this is impossible. One cannot then teach what one has never known, is not allowed to experience or was never taught. My parents taught me the law as faith. I had to figure out America's lack of faith. It has one cause and its effects are many but partly it's 1, a language problem as we have lost our language and 2, it isn't one reason its *reasoning!* It is objective, critical thinking based upon provable, documented fact including your own fact - your own experience of life and your own emotions which may never be a provable fact of any other person. You cannot fact check another person's heart! *In America you check and balance your own self first. If you're one of the results of the founders experiment then you must fine tune you, who has now become the experiment itself. You do not stop fine tuning you until justice is perfected.*

I am a person who had to decide the clock began ticking for me, my humanity was born, in 1776 and again in 1787. I had to decide we became an actual power and an actual nation when Cornwallis surrendered to Washington and then when he raised his hand or otherwise voted to ratify our Constitution as he was there before, during and after and so he was our parent and both a mother and a father to us. *I owe my actual life to Washington, my actual body and my actual spirit. In any other nation I would be dead. I would not have survived.* Before 1787 there was no federal property, no definitive citizenship and no federal governmental body of any kind but only an idea. I had to meet the founders the only way I could - through their words and actions with other people and in perspective of this universe not the nation or the planet as I soon realized that our Revolution was one of the short quick bursts of evolution we experience. I had to reset that clock to the very beginning of time once I knew our law to be elegant and a form of energy as it is the unifying force. Once I did that I could see that our founders were like gases swirling and coalescing and forming particles, rocks, meteors and then planets. There really was an invisible big bang here on Earth, a document was written that was all the energy of every human being who had come before then turned into another form - our law. *We were created; then we were born.*

Universes are born as all things are born; everything has parents. Even rocks have parents as they are born of other dead planets that become the gases that form a new solar system. Parents are here before, during and after our creation. Even if one does not know their parents they know other humans and they have an idea of God, the creation force. The Declaration and Constitution are the legal or spiritual parents of all Americans and as many Americans do not live here and will never be citizens as it is an idea first, America is a universe as it has no center and no edge; it is always growing, expanding and dying as we lose or give up those mistaken beliefs such as women are less than men and we are always making new or other decisions.

I was of the ability to use those two documents to move through solid walls and enter buildings without keys and without using any actual door or window. I saw the unseen as I knew what was not written but was inherent and I knew the truth from a lie. I read documents I have never laid eyes on and heard conversations I was not privy to and that occurred in secret. I met people, old persons who have been dead for more than a hundred years as children, babies even, as I came to know Hamilton as an infant in the Caribbean, saw Washington almost end his career before it had begun by finding himself in a situation in which he named a fort "Necessity" out of actual necessity, witnessed Deborah Sampson disguise herself as a man in order to fight and answered James Madison's question: *What exists at the founding of any great government?* long after he first asked it himself. I was in the room when they opened the Constitutional Convention under a gag order. I rode with Washington when he saw Valley Forge green once in his life and like Patrick Henry, I smelled a rat. I laughed with Lincoln when he was told Grant was drinking and he replied, "Find out what and give it to the other generals." I told Lincoln, "I'll have some of what Washington DC has been *smoking* as drunk generals are a lot more coordinated and cooperative than Congress."

When the news reported they had found a scrap of paper, garbage from the Constitutional Convention now worth millions, I had to know why some of us were not even worth an appearance in the trash. I had to know why we are still considered garbage. So now I know: we are all in or on those documents someway, somehow as it is the words you do not see that carry the greatest weight as these people were ordinary human beings like me who rose to meet a challenge God threw down before them like a gauntlet or a dare and did so in an extreme place in an extreme time and so it should have been impossible but it wasn't. They did not write some of those words as in "Native", "slave" or "woman" but they did act. They left it up to us to write those words across our own hearts first and then upon a piece of paper.

To know your Americaness you have to learn about the world historical record and then about the lives of these people. We are millions of pieces, absolutes, that make one whole nation and one whole portion of history known as American history. It's important to know John Adams represented the British soldiers accused of the killings we call the Boston Massacre. It's important to know Benjamin Banneker used his knowledge of the sky to plot the capital. It's important to know Jefferson owned a copy of the Koran and was furious the British burned our Library of Congress and that Abigail Adams blossomed in France but still chose to leave or that Mary Pickersgill made a fortune for herself sewing early American flags. You must ask yourself how Robert Smalls could decide to steal a ferry or blow himself and his family up trying and why the Sundance was so sacred almost no records of it exist. You need to wonder how we ended up losing so many of our founders overseas and why many of them died in poverty. You need to know why you do not hear Martin Luther King the way others do and why Thomas Paine

participated in the failed French revolution. It changes things if you know the first European born here whose birth was recorded was named Virginia Dare as your heart will ping: *God really did dare our virgin souls, the blank slates called "American".*

It's important, all of it, and to live in a big country you need a big heart. When you know the world and all of your facts you can reason your life and those facts guide you in the right direction. You will feel and hear other hearts before they are born or after they are dead. Then you, your own self, are an American founder: you are a President, Commander and Chief Justice. *You are a mother and a warrior.*

Our founders managed to author two documents that invoke the universal truths of this world. Those documents are not based upon Christianity and Americans become less than when they tell this lie as those documents include every person on this planet and the universal truth of every major world religion or philosophy. What our founders did was bring every human experience they ever had to the table plus a unique experience - the Iroquois Confederacy. They understood that they were standing alone with a new idea and a very special opportunity before them: destiny meeting fate as this continent was settled last and so they had the entire historical record including the missing link, Native America and the idea of participatory democracy. Our founders added aspiration, the idea of God, to political conspiracy and so gave birth to universal law whether they knew it or not. Because of this, conspiring politically with each other to then conspire politically with each other and God, we thus conspire with the universe and so Americans pray when they vote, pray when they litigate or pray when they spend money. *An American's life is a prayer.*

The record reflects they did know what they were doing. They used the word "providence" and not "fate". As I reasoned the founders and then my own life I knew I could prove God and prove predestination; not fatalism but destiny we are born into as uniquely our own. There is reasoning Adams and Jefferson were not at the Convention and it has little to do with ability but everything to do with choice and is very, very important today. There is reasoning Jefferson hated transubstantiation so much he insisted people swear they did not believe in this before holding office. Could they know being absent from the Convention or expressing hate would lead me to own an answer I would need to make this case? Could they know it would lead me to solve a seemingly unsolvable problem? Could they choose to do these exact things by reasoning, "We should travel to France and not participate in a convention we know nothing about yet because in 220 years Susan will be reasoning her case." or "I'm going to make you swear on a bible that you do not believe in this because Susan will need this as supporting evidence in about 200 years." No, and that is God. There is reasoning in all life and for all life. Thinking about my own self in this way and as them making those decisions led me to know a mystery of this universe and answer one of the biggest questions in all of human history both legal and scientific and the entire time I had no idea others were working on answering the very same questions. I had no idea a physicist at Harvard was close but as she did not know Constitutional law missed uniformity and predestination. It dawned on me: all of our founders were ordinary people.

Most of them were not born geniuses but merely curious. Others were born into poverty and broken families. Some had disabilities, some had no education and all were born into harm. *Like me, born into harm.* They took advantage of opportunity when it came their way. They were of the ability to conquer fear when it was most important. They did not think of themselves as heroes. We will never know the names of most as thousands, millions, never set foot inside Independence Hall. They saw a future that was theirs to create and so duly processed themselves by accepting God's challenge and daring God

right back and so shot their own person like time's arrow into 2007. They became extraordinary; they fully embraced their humanity and the idea of God in them by deciding, by making the seemingly insane decision to sit down and write up an actual paper petition, a manifesto, declaring that their creation was beyond their control and so it was a given: they were human and while they may have been born into harm were also born into inalienable rights endowed by that creator. Their humanity was no longer going to be debated. On a piece of paper they wrote we are of this universe, signed it and then made it real by willing it, by acting upon it. They did not have a federal courthouse; there were no police officers. They just acted upon their knowledge and their faith. *They made choices and were accountable and responsible for the results. They were willing to accept blame or take credit for me, me being one of the results. They adjudicated their own case; they decided, opined, ruled and finally, voted for themselves.*

They were literally and figuratively children of fortune and so then I am too and I became what I was born to be by doing exactly what they did: I made a single decision and then willed it. Then I made another decision and willed it. I kept making decisions and willing them until I could sit down and declare my own self to the world. I went into the federal court even writing "This is my declaration". I was stunned when the court denied my facts, refused to allow me to appear in person and broke the law. They even mocked my faith in our law! So I made another decision: I would write a petition and enter it to the Supreme Court. I was stricken when I discovered I had to reason the whole universe in only 40 pages as it seemed as if it was not possible but I could not fail to act; that was the only thing I could not do. I decided I would never stop acting.

The innate potential we all possess as Americans is waiting for us to decide to use it. Chief Justice John Marshall told me in <u>Marbury</u>: a person must claim their commissions in life. You must decide, then act; you must be deliberate, willful and knowing as it works both ways. *Am I the only one who heard him? Am I the last or the first American?*

To look at me one would think I was white and Irish. But I am not. Ireland is not my home. I am not that history. I am a person who came to know that when Malcolm drew an "X" after his name he marked a spot upon my own heart and so I too deliberately, knowingly and willingly went looking for my real parents and my real family. I know that my physical body came into being in Africa. When I saw a professor looking across the ocean as seen out the door of the last place a person who was African stood before boarding a ship for America I did not cry with sadness. It is a fact of me that while slavery was a tragedy I owe my very life to all of those persons who came here and all of those persons who never made it. I owe who and what I am to those people who found the will to live and the will to run; people who made the decision that those documents applied to their persons and it was worth the risk to act. It is the God knowledge and star knowledge they brought with them that shaped my own self, the idea that no matter the outside conditions you too could aspire for more or different. I owe my Americaness to them and to those same brave decisions and unbelievable choices and know that they were never alone as when they were suffering they had the idea of me with them. *I was there. I was being created. I was enslaved; I knew to follow those same stars because of their example. I borrowed their will.* That twinge of sadness quickly turned into a deep and abiding serene assurance that I was loved long before the idea of me was ever realized. I know that Sojoumer Truth, Marcus Garvey, Frederick Douglass, Rosa Parks, John Brown or Dred Scott could not have turned to me and extended their hand so that I myself could stand alone if all of these people had not come before me and lived their exact and absolute lives.

It is the same with Native Americans. The Trail of Tears they were made to walk I had to walk. It is the endless, ceaseless journey of history and those tears become a well of souls if you can somehow own the early hatred and the pain Geronimo felt and acted upon to understand that you must be like him, and you must not allow anyone to be of the ability to build a prison from which you cannot escape by liberating your own spirit first. No piece of paper liberates you. No outside thing liberates you. I came into this court with the Natives seeking to uphold the broken Ft. Laramie treaty. *I am not in the photograph of these men standing in front of the court building but I was there. I knew not to allow anyone to place a price or a condition upon my humanity because of their example. A human must never name or act upon a price.* They left refusing to accept a huge cash settlement as that is not justice and so it still sits untouched collecting interest. They stood alone on my behalf and entered the Supreme Court with will and liberty and left it that same way, with their honor intact, as to live in wealth but within that invisible prison is not what God wants for any of us and neither did the European founders. The idea of will Natives yet live had to be my own and I had to look upon our shared history and my own life not as a singular act or even collective acts of hatred but as the universal struggle that is life: it is the God struggle or the creation struggle, coming to own the idea of God in you and so we are all equals. *We are all human beings of and by God; We are all written in the stars. It is the endless cycle of birth and death.* How do you win this and own this as faith and as right if you do not engage in the battle? If you are not allowed to engage in the battle?

When I was standing in that African doorway I felt as if I were a Titan or a Colossus of Rhodes and that my white skin was representative of those early Europeans but my heart was American, and that while I would always and forever have one foot planted in Africa and the other in North America among the Natives, I was all of these things across the planet as the founders brought the world and then the universe to me and so I was uniquely American and belonged to no other nation or people. Like our founders I was able to sever my ties with those other histories and lose those mistaken beliefs of personhood and family. I know why my first memory is the moon landing and why America was fated to accomplish this; if I made a mistake and my father was not thinking of me when this happened it was an accident by design that sent me tumbling head over heels in the right direction no matter how tragic my life might seem to have been. *I would not change a single, solitary second of it as it all counts.*

Claiming my commission so I could enter the Supreme Court forced me to triumph over the idea of a king, and I am all those men known as Washington, Adams, Jefferson, Madison and Marshall. I am even Bush Sr. jumping out of a plane into the South Pacific. I am a founder. I hope therefore I am. *Feel how far we swam in only an instant? In only the blink of an eye?*

I jumped from a kitchen in Philadelphia and landed in Florida but made the leap of a lifetime as my heart went all the way to the ends of the universe and back again on faith alone. *I was born again, for the last and first time as this was by my own will. I was deliberate! I liberated my own self!* I am a Native American warrior who is a woman and so had no choice: I had to will myself to power. I had to use sheer will alone to survive those intent on killing the very idea of me as that is the actual threat I am, an inviolate, true belief which I act upon. To do this I had to go to the source, the same exact source our own European founders went to, the entire human record beginning with God, then Adam and Eve. I reasoned myself, I reasoned my heart. Then I attacked the actual problem. I had more to work with as I had Darwin, Einstein and 220 years of federal court rulings and American history. I had to go even further and reason all equal protection issues, all other constitutional law and then define the creation force and develop a unified theory of everything. *I did the impossible. I performed a miracle. Or did I?*

I came into this world knowing how to cry like a man but was made to cry like a woman. I always knew what I was then forced to learn all over again: If you want proof do exactly what Thomas Paine said to do, examine all of creation starting with yourself as you are the proof beyond doubt. *I never thought of myself – ever – as less than a man. I never thought that any man had more than I or was better than I or that God created me as less than. I was and am the most able and capable person I know. Why be less than you already are? Why want that?* Then do what Paine said was not necessary: read all of the founding documents we call sacred writings and Scripture. But do so after you become American, not before as words alone are not proof of anything. Do so after owning the historical record of this world most especially the historical record of America. You might then want to fact check yourself and your suspicions by going to the record we call salvation history. *As Paine was first he was American salvation history, he was it and so he could not possibly know it but he would if he were alive today. All of the founders would know they were it and so they are with me now as in America the dead can testify; the dead can appear in court and receive justice. I can bring Thomas Paine, John Paul Jones and all of the other founders especially women and Natives home at last.*

The truth, the fact of my life is: Other people are the salvation history of me. The founders, all of them including myself, are the salvation history of me. Our most amazing feat was fostering and preserving the salvation history of humanity until we came to have our very own. America's salvation history is that we save ourselves as we are a nation that can violate the Constitution absolutely but yet still have a way home as the Declaration is our spontaneously beating heart. We collected God knowledge and human knowledge from all over the planet due to our law and our Bill of Rights and so legislated the creation force.

***Americans plant and grow souls; that is the fruit of the tree known as liberty. God designed human beings for the purpose of discovery!***

You bang around the universe exercising your rights and making decisions and so come to know yourself and God. You have no choice due to that heart and that vibrant clash of everyone else's beliefs as belief, proof and faith are three different things and while we all may have differing beliefs and our own proof is that - our own - our faith is a single universal truth: God equally protects and duly processes us all so any American can and may equally protect and duly process themselves as that is our inviolate law. It is exactly worded.

America and American law is one giant rescue mission whereby you decide to rescue your own self and then will it. The founders did not write it down as it is a given: *God helps those who help themselves!*

To be American is to deliberately, knowingly and willingly use the Declaration and use the Constitution; the law contains the invisible blueprints for building a bridge of human hearts so that you can cross to the other side. You will then possess a map of your own soul and know your reasoning for being here. When one does this they become American, as big as the planet and know they are not only a part of the universe but an actual universe unto themselves, a special and unique creation with a special and unique gift they are born to realize. I know why America came into being and we were meant to survive our early brushes with extinction as a new nation: America is where the Holy Grail and Excalibur came to rest at last.

The Declaration is the Grail as it gave birth to us or is our mother. The Grail was the once real chali[ce] [l]ost in Britain and it is our will as Christ was teaching the Apostles how to have will in the face of [o]dds. Men do not give birth and so Christ's physical suffering was him experiencing the pain wom[en] [f]eel and the danger, even death, they expose themselves to when they give birth. As all women have w[ill] [a]s they give birth men must come to own it through sacrifice. In all suffering there is birth. That is bei[ng] [a] mother. You do not aspire to suffer or die but you must be willing as that is how you defend life. T[he] [C]onstitution is the blade, our father, as it is our legal power or our weapon. It is Excalibur of t[he] [A]rthurian legend based upon once real persons. It is the means of using the intrinsic power of o[ur] [h]umanity the Declaration birthed. You must be of the ability to wield the blade as you must act up[on] [y]our will. Will alone is not enough as even in death things are born; death can be the defense of li[fe]. [Y]ou do not aspire to kill another and you never come to want to kill but you must be willing, as that [is] [b]eing a father. *As parents, as ethical creators, Americans give birth to actual people and to though[ts,] [f]eelings, ideas and beliefs. We also kill actual people and kill thoughts, feelings, ideas and beliefs. [So] [f]ar, we have excelled at killing mistaken beliefs but have failed miserably at killing other people. I'[m] [w]orried we're becoming successful.*

[T]he blade has been denied to women for so long they were not and are not of the ability to defe[nd] [t]hemselves or their children, nor can they teach their children our law as faith as our corruption pass[es] [c]ompletion as we sought to keep women from entering the offices of legal power in this nation and [as] [w]e invoked the name of Jesus and even God to deny them our sons then became corrupted. America[ns] [n]o longer have will as we set up a system that keeps women out unless they too become corrupted [or] [m]arry into it - political influence or money - which is not actual power but only perceived power. W[e] [h]ave mistaken the blade for a piece of paper in the Smithsonian, religion, money, weapons, a uniform [or] [a] singular office or title when it is not any of those things but a piece of an actual physical force or re[al] [a]ctual power inside a person who is a constitution, and intrinsic force when exerted can make th[e] [i]mpossible happen.

[I]f you have read the Arthurian legend, the Lady of the Lake reclaims Excalibur as Arthur lay dyin[g.] [B]edivere hurled Excalibur into the lake. The Lady reappeared several centuries later but no one seems [to] [h]ave recognized she is standing in NY's harbor and that her torch is our clue: together the chalice a[nd] [t]he blade are the science behind miracles as that, the law, is the reasoning for our miraculous surviv[al] [a]nd phenomenal success. *Chief Justice Rhenquist castled as a king and a rook do and hurled Excalib[ur] [a]s we lay dying. I caught it and kept it hidden as one rule of military engagement is: Always arrive [at] [t]he scene of battle with at least one secret weapon. No one in FL, PA or especially Rensselaer Count[y,] [N]Y knew I possessed Excalibur and no one knew to look for the chalice as they deny it exists: the distin[ct] [p]ower of a woman.*

[T]he Lady of the Lake is representative of the mythical Titan of female memory and of all the Tita[ns] [o]nly she and her brother did not marry. America is where male and female memory meet and wed at la[st] [a]s this is the perfect idea God has of us as perfect absolutes. Male and female is an outside condition b[ut] [it] is also an inside condition; it is a **quality** of being human which is an actual force and so all of us a[re] [b]oth woman and man. We all have chalices and blades inside of us which we as Americans realize [as] [o]ur one vote, and as men and women it is interdependent not totally independent we should aspire [to] [b]ecome as that is how we came into being - as We, the people. *Liberty's torch? An angel with a flami[ng] [s]word guards the tree of knowledge in Eden after the fall of man. Our law is a map that led me to th[e]*

*exact knowledge. For centuries people have searched for this in vain. This is the treasure the founder left for us. It is fact: Our founders were guided by the hand of God.*

We have to will ourselves to make more of the impossible possible. We have to make miracles happen with deliberation. Native Americans say that once we can stand upon the roofs of our houses we must not go back inside them. Once you liberate yourself you must remain liberated, defiant even, and not give aid and comfort to the old enemies of your state. We cannot seek to rectify or change the past. You must live in the present for the future or else all is lost. Seeking to undo what is done is how history becomes myth and America and its potential must not become myth. Myth is history, fact that then becomes a story, then a legend and then a myth. In all myth there is truth. The difference between the myth of fingerprints and the proof of life is living people. The difference is I. *I sprang from the founder's heads like Athena from Zeus!*

The egg laid in Philadelphia and hatched all over this Earth that we call our law was inside the chicken and inside that egg is an unrealized vote that yet contains another egg containing an unrealized vote and so on and so on that then becomes 300 million votes as one, and then a whole universe, and it all began when that first person looked into the stars and wondered *Who?* and *Why?* It became real when a group of men, supported by a group of women, had the courage to declare to the world in 1776 that they were who and I was why; that God was who and We were why. These people moved across the water, rolled over mountains and stirred in the desert so that I could claim for my own self that very same thing. *I was their reasoning.* I was able to stand upon the roof of my American soul as if it were a ship and sail among the stars and throughout all of time because of self-evidence: the feelings, the words, the acts and the compass and the chart that are their fingerprints and is proof of their lives.

My creation and my facts are proof of God but my person, who I am, is proof of July 4th, 1776 and December 15th, 1787. *I, Susan, am a national treasure as I am gold that has been tested in fire. Susan, rose to the level of proof by making that same, first, terrifying leap of faith.*

I can teach every American what it is to be and feel as if they are American. I can teach every American how to use their one vote and the law to do the very same thing I have done, drink from the chalice and wield Excalibur so that they too become proof beyond doubt and may then live this factual claim as their true belief or faith:

**I am a Native American, an indigenous person of Earth.**

Susan Herbert,
December 2007